UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20438-CR-BLOOM/Valle

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**DEAN BUTLER, NERY COWAN
and IRINA MORA.**

    Defendants.
_____/

### ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court at the Calendar Call held on August 19, 2015 and the parties' *Ore Tenus* Request for Continuance. Being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e*., from the date the Motion was granted, August 19, 2015, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing **October 19, 2015**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **9:00 a.m. on Wednesday, October 14, 2015** at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **October 9, 2015**. *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868

CASE NO.   15-20438-CR-BLOOM

(5th Cir. 1977)).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 19th day of August, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2